GERALD WOLFE (SBN 180599)
6B LIBERTY, SUITE 210
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE (949)257-0961
FACSIMILE (949)878-4840

ATTORNEY FOR DEBTOR
ANGELA RENEE WILSON

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>ANGELA RENEE WILSON<br><br>     Debtors, | ) CASE NO. 8:09-bk-23926-RK<br>)<br>) CHAPTER: 13<br>) JUDGE:  ROBERT KWAN<br>)<br>) NOTICE OF MOTION AND DEBTORS'<br>) MOTION TO AVOID LIEN OF MONACO<br>) MAINTENANCE CORPORATION<br>) FINANCE  UNDER 11 U.S.C. § 506(a);<br>) MEMORANDUM OF POINTS AND<br>) AUTHORITIES, DECLARATIONS IN<br>) SUPPORT THEREOF<br>)<br>) DATE:  March 10, 2010<br>) TIME: 2:30 PM<br>) COURTROOM: 5D<br>)<br>) |

**TO: THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY COURT,**

**CHAPTER 13 TRUSTEE, MONACO MAINTENANCE CORPORATION, and all other**

**interested parties:**

**NOTICE IS HEREBY GIVEN** that on March 10, 2010 at 2:30 P.M. in Courtroom 5D, of the

U.S. Bankruptcy Court located at 411 W. Fourth St., Santa Ana, CA 92701debtor ANGELA

RENEE WILSON will move this court for an order avoiding the lien of MONACO

MAINTENANCE CORPORATION,  from debtors' real property located at 1153 S. Positano

1    Ave., Anaheim, CA 92808  under 11 U.S.C. §506(a) on the basis that said lien is wholly

2    unsecured.

3         This motion is based upon this notice, the attached memorandum of points and

4    authorities, and Declaration of Dave Dudek and the Declaration of Gerald Wolfe as well as the

5    records and files in this action, and such other evidence as may be presented at the hearing on

6    this matter.

7         *Pursuant to Local Bankruptcy Rule 9013-1(7) any opposition to this Motion must be*

8    *filed and served on debtors and debtors' counsel no less than fourteen (14) days prior to the*

9    *above hearing date. Failure to file and serve a timely response to this Motion may result in a*

10   *waiver of your right to oppose the Motion and the court may grant the requested relief without*

11   *further notice to you.*

12        The Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §157 and 1334.  The

13   debtor has standing to bring this Motion.

14

15

16   DATE:  February 1, 2010

17

18                              _____/s/ Gerald Wolfe_____
                                GERALD WOLFE
19                              ATTORNEY FOR DEBTOR
                                ANGELA RENEE WILSON
20

21

22

23

24

25

26

27

28

# I. STATEMENT OF FACTS

Debtor filed the instant bankruptcy case on December 14, 2009.  Debtor is a fee simple owners of their principal residence located at 1153 S. Positano Ave., Anaheim, CA 92808. ("Property").  (See Schedule A filed in the instant case as Exhibit "A" attached hereto and incorporated by reference.)

The fair market value of the property is $350,000.00 based on the following:

- Residential Appraisal Report (See Appraisal attached as Exhibit "B";  Exhibit "B" is incorporated herein by reference.)

There are three deeds of trusts and one Claim of Lien attached to the aforementioned property at issue.  The First Deed of Trust is currently held by Select Portfolio Servicing, in the amount of approximately $386,085.00. This amount is based on Debtors' Credit Report. (See Schedule D and Credit Report attached hereto as Exhibit "C" and Deed of Trust held by Select Portfolio Servicing attached as Exhibit "D"; both exhibits are incorporated herein by reference.) The Second Deed of Trust is held by First Franklin Loan Services in the approximate amount of $91,700.00. (See Exhibit "C" and Deed of Trust held by First Franklin Loan Services, attached hereto as Exhibit "E" incorporated herein by reference.).  The Third Deed of Trust is held by Beneficial Finance in the approximate amount of $24,282.87. (See Exhibit "C" and Deed of Trust held by Beneficial Finance, attached hereto as Exhibit "F" incorporated herein by reference.)  The Claim of Lien held by Monaco Maintenance Corporation in the approximate amount of $2,273.81. (See Claim of Lien held by Monaco Maintenance Corporation attached hereto as Exhibit "G", incorporated herein by reference.)

# II. ARGUMENT

**A.    A SECURED CLAIM IS SECURED ONLY TO THE EXTENT OF THE VALUE OF THE COLLATERAL AND UNALLOWED SECURED CLAIMS ARE VOID**

11 U.S.C Section 506(a) states that:

An allowed claim of a creditor secured by a lien on property in which the Estate has an interest, or that is subject to a setoff under section 553 of this Title, is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property, or to the extent of the amount subject to setoff ,as the case may be, and is an unsecured claim to the extent that the value of such creditor's interest or the amount so subject to setoff is less than the amount of such allowed claim.

11 U.S.C. Section 506(d) states that:

To the extent that a lien secures a claim against the debtor that is not an allowed secured claim. such lien is void. (emphasis added)

## B.    THE DEBTOR MAY REQUEST AND THE COURT MAY ENTER AN ORDER THAT VALUES COLLATERAL WHICH IS PROPERTY OF THE BANKRUPTCY ESTATE AND WHICH SECURES A CLAIM OF A CREDITOR AGAINST THE DEBTOR.

Bankruptcy Rule 3012 states that the court may determine the value of a claim secured by a lien on property to which the estate has an interest on motion of any party and after a noticed hearing,

## C.    THE LIEN SHOULD BE AVOIDED AND REMOVED SINCE THE PROPERTY IS WORTH $350,00.00 WHICH IS LESS THAN THE PRINCIPAL BALANCE OF $386,085.87 ON THE FIRST DEED OF TRUST.

The prevailing case law in this jurisdiction holds that Chapter 13 debtors are entitled to "strip off" totally unsecured junior mortgages on a principal residence where the claims of the junior lienholders are unsecured given that the value of the principal residence is less than the balance owed on the first mortgage. See, *In re Lam*. 211 B.R.36 (9th Cir. BAP. 1997). In *Lam* the court held a Debtor's completely unsecured junior mortgage could be stripped from his principal residence:

The *Nobleman* decision holding that section 1322(b)(2) bars a chapter 13 plan from modifying the rights of holders of claims, secured only by the debtor's principal residence, does not apply to holders of totally unsecured claims. The extension of the

protections of section 1322(b) to wholly unsecured lienholders is contrary to the provisions of the bankruptcy code allowing dischargeability of unsecured claims.

*In re Lam* followed the earlier decision of *In re Geyer* 203 B.R. 726 (S.D. Cal 1996) In *Geyer* the court sustained the Debtor's motion to avoid a lien brought under Bankruptcy Code Section 506(d), and held that a chapter 13 debtor may strip off a lien on his or her primary residence when the lienholder's interest is totally unsecured.

... the term 'secured claim' as used in section 1322(b)(2) has the same meaning as the term 'secured claim' in section 506(a). Unless there is some equity to which the creditor's lien attaches. there is no allowed secured claim and no entitlement to the protections against modification contained in section 1322 (b)(2). A chapter 13 debtor may 'strip-off' a lien on his or her primary residence under the plan or under section 506(d) when the lienholder's interest is totally unsecured. See, *In re Geyer*, 203 B.R. 726, 729 (S.D. Cal. 1996)

The Ninth Circuit allows this result when there is no equity to which the lien of the junior mortgage will attach. See, *In re Zimmer*, 313 F.3d 1229 (C.A.9 (Cal.) 2002). Thus if there is no equity to which a junior lien attaches, that debt becomes an unsecured claim and can be removed as a lien on the property on entry of the chapter 13 discharge.

In the instant case the Property to be retained in the Chapter 13 plan is debtor's principal residence. The value of the property is $350,000.00 and the principal balance of the First Deed of Trust is at least $386,085.00. Thus, the secured interest of the Claim of lien held by Monaco Maintenance Corporation is not only undersecured but wholly unsecured since there is absolutely no equity to which the Claim of Lien can attach. Therefore, any junior lien like that found *In re Lam* should be extinguished, treated as unsecured for purposes of the instant chapter 13 proceeding and discharged at the completion of the plan terms.

## III. CONCLUSION

The Claim of Lien, held by Monaco Maintenance Corporation is wholly unsecured. Based on the foregoing, the debtor respectfully requests the following:

1.      That the Claim of Lien, held by Monaco Maintenance Corporation be deemed an

unsecured claim during the pendency of the debtor's Chapter 13 plan, and the Chapter 13 Trustee

treat such claim as an unsecured claim;

2.      That upon completion of all plan payments and entry of discharge in this case pursuant to

11 U.S.C. S. 1328, the Claim of Lien, held by Monaco Maintenance Corporation, or its

successors, assigns or other beneficial interest holder will be void and will not constitute an

encumbrance on the Property;

3.      That upon completion of all plan payments and upon entry of discharge in this case,

Claim of Lien, held by Monaco Maintenance Corporation, or its successors, assigns or other

beneficial interest holder is ordered to immediately reconvey the Claim of Deed and otherwise

take such steps as are required to clear title, free of said lien, as to the Property; and

4.      That the lien shall remain valid only if the case is either dismissed or converted to another

chapter prior to the completion of the plan and entry of a chapter 13 discharge.


DATE: February 1, 2010


_____/s/ Gerald Wolfe_____
GERALD WOLFE
ATTORNEY FOR DEBTOR
ANGELA RENEE WILSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF GERALD WOLFE IN SUPPORT OF MOTION TO AVOID LIEN

I, Gerald Wolfe, declare as follows:

1. I am counsel of record for Angela Wilson in this bankruptcy case, Case No. 8:09–bk-23926-RK

2. The statements made herein are from facts within my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

3. Attached as Exhibit "A" is a true and correct copy of Schedule A for the above referenced case.

4. Attached as Exhibit "B" is a true and correct copy of Appraisal for the above referenced case.

5. Attached as Exhibit "C" is a true and correct copy of Schedule D for the above referenced case and a true and correct copy of Debtors' credit report.

6. Attached as Exhibit "D" is a true and correct copy of Deed of Trust held by Select Portfolio Servicing for the above referenced case.

7. Attached as Exhibit "E" is a true and correct copy of Deed of Trust held by First Franklin Loan Services for the above referenced case.

8. Attached as Exhibit "F" is a true and correct copy of Deed of Trust held Beneficial for the above referenced case.

9. Attached as Exhibit "G" is a true and correct copy of Claim of Lien held by Monaco Maintenance Corporation for the above referenced case.

I declare under penalty of perjury under the laws of the State of California

Executed this 11th day of February at Aliso Viejo, California

__/s/ Gerald Wolfe_____

Gerald Wolfe, declarant

# Exhibit "A"

B6A (Official Form 6A) (12/07)

In re    **Angela Renee Wilson**                                        Case No.    **8:09-bk-23926**
_____
                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence: 2 bed, 2.5 bath, 2 story condo**<br>**Location: 1153 S. Positano Ave, Anaheim, CA 92808** | **Primary residence** | - | **299,000.00** | **504,342.38** |

|  | Sub-Total > | **299,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **299,000.00** |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

# Exhibit "B"

# Residential Appraisal Report

**Of**

## Single Family Residence at

1153 SOUTH POSITANO AVENUE

ANAHEIM, CA 92808

**For**

THE LAW OFFICE OF GERALD WOLFE

6B LIBERTY, STE# 210

ALISO VIEJO, CA 92656

**As of**

01/15/2010

## DESKTOP RESTRICTED USE APPRAISAL REPORT

**FOR INTERNAL RISK ANALYSIS**
VALUE ESTIMATED FROM PUBLIC RECORD DATA ONLY, NO PROPERTY INSPECTION PERFORMED UNLESS OTHERWISE STATED.

| Intended Purpose: | ☐ Portfolio Evaluation: | ☐ QC/Audit: | ☐ Junior Lien: | ☐ REO/Foreclosure: | ☒ Other: BANKRUPTCY |
| Data Source(s) Used: | ☐ Lender | ☒ Tax Record | ☐ Appraiser Files | ☒ MLS | ☐ Other: |

Interest: Fee Simple.

### CLIENT AND PROPERTY IDENTIFICATION

| | | | |
|---|---|---|---|
| Client/Lender: | THE LAW OFFICE OF GERALD WOLFE | Address: | 6B LIBERTY, STE# 210, ALISO VIEJO, CA 92656 |
| Borrower/Applicant: N/A | | Client Contact: | BETH HAZEN |
| Property Address: | 1153 SOUTH POSITANO AVENUE | City: | ANAHEIM | State: CA Zip: 92808 |
| Census Tract: | 219.22 | APN: | 930-44-497 | County: | ORANGE |
| Property Type: | ☐ Tract SFR ☐ Custom ☒ Condominium ☐ Townhouse ☐ Multifamily ☐ Other: | | |

### MARKET AREA AND COMPARABLES

Market Value Trend:
☐ Increasing ☒ Stable
☐ Declining

Typical Market Price Range: $ 375,000 to $ 955,000
Typical Market Property Age: 9 yrs. to 34 yrs

| FEATURE | SUBJECT | | | COMPARABLE #1 | | | COMPARABLE #2 | | | COMPARABLE #3 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 1153 SOUTH POSITANO AVENUE | | | 7981 EAST FAR CANYON WAY | | | 1082 S. SAINT TROPEZ AVE | | | 7912 EAST MENTON AVE | | |
| | ANAHEIM, CA 92808 | | | ANAHEIM, CA 92808 | | | ANAHEIM, CA 92808 | | | ANAHEIM, CA 92808 | | |
| Proximity to Subject | | | | 0.07 MILES E | | | 0.12 MILES W | | | 0.16 MILES W | | |
| Sales Price | N/A | | | $365,000 | | | 355,000 | | | 350,000 | | |
| Price/Gross Liv. Area | | | | 311.73 | | | 300.94 | | | 457.20 | | |
| Date of Sale | N/A | | | 10/23/2009 | | | 12/10/2009 | | | 10/22/2009 | | |
| Location | AVERAGE | | | AVERAGE | | | AVERAGE | | | AVERAGE | | |
| Site/View | CONDOMINIUM / NONE | | | CONDOMINIUM / NONE | | | CONDOMINIUM / NONE | | | CONDOMINIUM / NONE | | |
| Design (Style) | CONVENTIONAL | | | CONVENTIONAL | | | CONVENTIONAL | | | CONVENTIONAL | | |
| Actual Age (Yrs.) | 15 YRS | | | 15 YRS | | | 14 YRS | | | 14 YRS | | |
| Condition | AVERAGE | | | AVERAGE / STANDARD | | | AVERAGE / STANDARD | | | AVERAGE / STANDARD | | |
| Above Grade | Total | Bedrooms | Bath | Total | Bedrooms | Bath | Total | Bedrooms | Bath | Total | Bedrooms | Bath |
| Room Count | 4 | 2 | 2.00 | 5 | 3 | 2.00 | 4 | 2 | 2.00 | 4 | 2 | 2.00 |
| Gross Living Area | 1,008 | | Sq. Ft. | 1,296 | | Sq. Ft. | 1,008 | | Sq. Ft. | 1,008 | | Sq. Ft. |
| Basement | NONE | | | NONE | | | NONE | | | NONE | | |
| Air Conditioning | CAC | | | CAC | | | CAC | | | CAC | | |
| Garage/Carport | 1 CAR GARAGE | | | 1 CAR GARAGE | | | 1 CAR GARAGE | | | 1 CAR GARAGE | | |
| Porches, Patio, Pool | PORCH/PATIO | | | PORCH/PATIO | | | PORCH/PATIO | | | PORCH/PATIO | | |
| Amenities/Upgrades | AVERAGE / AVERAGE | | | AVERAGE / AVERAGE | | | AVERAGE / AVERAGE | | | AVERAGE / AVERAGE | | |
| Overall Comparison | | | | ☒ Sup. ☐ Similar ☐ Infer | | | ☐ Sup. ☒ Similar ☐ Infer | | | ☐ Sup. ☒ Similar ☐ Infer | | |

### EVALUATION SUMMARY

Comments:  REFER TO COMMENT ADDENDUM PAGE 3.

Estimated Value for Loan Purposes: $ 350,000 as of 01/15/2010

### CERTIFICATION AND LIMITING CONDITIONS

**PURPOSE OF APPRAISAL:** The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based upon a qualitative sales comparison analysis for use in the mortgage finance transaction.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and acting in what they consider their best interests; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**LIMITED APPRAISAL:** This appraisal is a Limited Appraisal, subject to the Departure Provision of the USPAP that was adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation. This Limited Appraisal is intended to comply with Standards Rules (SR): 1-1, 1-2 and 1-5, and departs from SR 1-3 and 1-4, as allowed by USPAP.

**RESTRICTED USE APPRAISAL REPORT:** The Restricted Use Appraisal Report option limits the use of this report to the client. The appraiser's opinions and conclusions set forth in the report cannot be understood properly without additional information in the appraiser's workfile.

**INTENDED USE:** This appraisal is intended for use only by the client and/or it's subsidiaries. The function of this appraisal is to help the client analyze the risk associated with making a loan on the subject property.

**HIGHEST AND BEST USE:** The Highest and Best Use of the subject property is assumed to be its present use; that is, one-four (1-4) family residential use.

1065

File No.    01771R173
Case No.

**DESKTOP RESTRICTED USE APPRAISAL REPORT**

**SCOPE OF THE APPRAISAL:** The scope of this appraisal consists of identifying the characteristics of the subject property that are relevant to the purpose and intended use of the appraisal. This may be accomplished by reviewing public record data, prior appraisal or other documentation from a disinterested source and which is considered reliable from the appraiser's perspective. Unless otherwise noted in the appraisal, no interior or exterior inspection of the subject property has been made.

In developing this appraisal, the appraiser has incorporated only the Sales Comparison approach. The appraiser has excluded the Cost and Income approaches, in accordance with the Departure Provision. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited service is appropriate given the intended use. The data sources for the comparable sales may include public record data services, multiple listing services, automated valuation models and/or other data sources that become available. The confirmation of comparable sale data; i.e., closed sale documentation and property characteristics, is via public data sources only. The appraiser has not viewed the sales in the field. The data is collected, verified and analyzed, in accordance with the scope of work identified and the intended use of the appraisal. The appraiser acknowledges that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value. The subject's marketing time is assumed to be typical for the subject's market area unless otherwise stated.

In the absence of an inspection, the appraiser has made some basic assumptions, including the following:
 • The subject property is assumed to be in average overall condition and generally conforms to the neighborhood in terms of style, condition and construction materials.
 • There are no adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.
 • There are no significant discrepancies between the public record information or other data source and the existing site or improvements.

**ANALYSIS OF ANY CURRENT AGREEMENT OF SALE, PRIOR SALE WITHIN THREE YEARS AND RECONCILIATION:** Unless otherwise noted, the appraiser has no knowledge of any current agreement of sale nor any current or past listing agreement. Prior sales of the subject property within three years of the effective date of this appraisal have been researched and reported on the appraisal report (in the subject column) if available from public record sources. The appraiser has reconciled the quality and quantity of data available into an indication of Market Value, in accordance with the intended use and scope of the appraisal.

**STATEMENT OF CONTINGENT AND LIMITING CONDITIONS:** The Appraiser's Certification that appears in this report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect the subject property.
2. The appraiser assumes the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being sold responsible ownership.
3. The appraiser will not give testimony or appear in court because he or she performed this appraisal unless specific arrangements to do so have been made beforehand.
4. Except as noted herein, the appraiser has not made an exterior or interior inspection of the subject property. The appraiser assumes that there are no adverse conditions associated with the improvements or the subject site. Unless otherwise stated in this report, the appraiser has no knowledge of any hidden or apparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) present in the improvements, on the site or in the immediate vicinity that would make the property more or less valuable, and has assumed that there are no such conditions. The appraiser makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser assumes that the improvements are in average condition. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report may not be considered an environmental assessment of the property.
5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
6. The appraiser will not disclose the content of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

**APPRAISER'S CERTIFICATION:** The appraiser certifies, to the best of my knowledge and belief:
1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
4. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. My engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. I have not made a personal inspection of the property that is the subject of this report, nor did I make inspections of the comparable sales.
9. No one provided significant professional assistance to the person signing this report, unless otherwise noted and acknowledged within this report.

| APPRAISER: | | SUPERVISORY APPRAISER (ONLY IF REQUIRED): | |
|---|---|---|---|
| Signature: | | Signature: | |
| Name: | David Dudek | Name: | |
| Company Name: | Capital Appraisal | Company Name: | |
| Company Address: | 40960 California Oaks #269 | Company Address: | |
| | Murrieta, CA 92562 | | |
| Date Report Signed: | 01/20/2010 | Date Report Signed: | |
| State Certification #: | AG002466 | State Certification #: | |
| or State License #: | | or State License #: | |
| State: | CALIFORNIA | State: | |
| Expiration Date of Certification or License: | 12/19/2010 | Expiration Date of Certification or License: | |

**ADDRESS OF PROPERTY APPRAISED:**

1153 SOUTH POSITANO AVENUE
ANAHEIM, CA 92808

| | |
|---|---|
| APPRAISED VALUE OF SUBJECT PROPERTY $ | 350,000 |
| EFFECTIVE DATE OF APPRAISAL/INSPECTION | 01/15/2010 |

**LENDER/CLIENT:**
Name:  BETH HAZEN
Company Name:  THE LAW OFFICE OF GERALD WOLFE
Company Address:  6B LIBERTY, STE# 210
ALISO VIEJO, CA 92656

**SUPERVISORY APPRAISER:**
SUBJECT PROPERTY
 ☐ Did not inspect subject property
 ☐ Did inspect exterior of subject property from street
 ☐ Did inspect interior and exterior of subject property
COMPARABLE SALES
 ☐ Did not inspect exterior of comparable sales from street
 ☐ Did inspect exterior of comparable sales from street

## COMMENT ADDENDUM

File No.   01771R173
CASE NO.

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1153 SOUTH POSITANO AVENUE | | | | | | |
| City ANAHEIM | | County | ORANGE | State | CA | Zip Code | 92808 |
| Lender/Client | THE LAW OFFICE OF GERALD WOLFE | Address 6B LIBERTY, STE# 210, ALISO VIEJO, CA 92656 | | | | | |

-NEIGHBORHOOD DESCRIPTION:

THE IMMEDIATE AREA CONSISTS OF VARIOUS SIZE, AGE, STYLE AND AVERAGE TO GOOD CONDOMINIUM RESIDENCES, GENERALLY CONFORMING TO THE AREA AND SURROUNDING NEIGHBORHOOD AREAS. THIS IS A WELL ESTABLISHED NEIGHBORHOOD WITH EVIDENCE OF TYPICAL NEIGHBORHOOD UPKEEP AND MAINTENANCE. MODERATE TO DENSELY POPULATED IN SOME AREAS. THE AREA CONSISTS MOSTLY OF LEVEL TERRAIN. THERE ARE FREEWAYS, SCHOOLS, PARKS, SHOPPING, PUBLIC TRANSPORTATION, EMPLOYMENT CENTERS AND ALL ESSENTIAL SERVICES IN CLOSE PROXIMITY. THERE ARE SEVERAL OLD TO NEW CONSTRUCTION CURRENTLY UNDER DEVELOPMENT WITH SEVERAL ALREADY COMPLETED. THERE ARE MANY COMMERCIAL SITES DEVELOPED AND COMPLETED ALREADY. THERE ARE MULTITUDE OF REO/BANK OWNED, CORPORATE OWNED, AND SHORT SALE OFFERINGS IN THE NEIGHBORHOOD AREA. CURRENTLY THESE SPECIALLY FINANCED PROPERTIES ARE DOMINATING MARKET ACTIVITY.

-SUMMARY OF SALES COMPARABLES:

COMP 1:   IS A LARGER SIZE CONDOMINIUM, WITH INDICATIONS OF SIMILAR AMENITIES AND FACILITIES, LOCATED IN  THE SUBJECTS COMMUNITY OF SIMILAR SIZE AND AGE CONDOS,  THIS IS A STANDARD SALE PROPERTY IN SIMILAR OVERALL CONDITION.
COMP 2:   IS A SIMILAR SIZE CONDOMINIUM, WITH INDICATIONS OF SIMILAR AMENITIES AND FACILITIES , LOCATED IN THE SUBJECTS COMMUNITY OF SIMILAR SIZE AND AGE CONDOS, THIS IS A STANDARD SALE PROPERTY IN SIMILAR OVERALL CONDITION.
COMP 3:    IS A SIMILAR SIZE CONDOMINIUM, WITH INDICATIONS OF SIMILAR AMENITIES AND FACILITIES , LOCATED IN THE SUBJECTS COMMUNITY OF SIMILAR SIZE AND AGE CONDOS, THIS IS A STANDARD SALE PROPERTY IN SIMILAR OVERALL CONDITION.

MOST  CONSIDERATION GIVEN TO COMPS 2 AND 3 SINCE  MOST SIMILAR IN GROSS LIVING AREA, PROXIMITY, AGE, LOT SIZE. ADDITIONALLY, THE COMPS UTILIZED SUPPORT THE SUBJECT SINCE MOST SIMILAR WITH VARIABLE CHARACTERISTICS THAT SUPPORT THE MOST  CURRENT OF MARKET ACTIVITY FOR THE SUBJECT'S MARKET AREA.

-DAYS-ON-MARKET DATA RESEARCH ANALYSIS (CONTINUED FROM PREVIOUS PAGE 2):

COMP 1:  CDOM 24  ORIGINALLY LISTED ON 09/22/2009 AT $365,000,  SALE WAS IN  PENDING STATUS ON 09/24/2009.

COMP 2:  CDOM 73 ORIGINALLY LISTED ON 09/29/2009 AT $359,000,  SALE WAS IN  PENDING STATUS ON 11/09/2009

COMP 3:  CDOM 30  ORIGINALLY LISTED ON 09/03/2009 AT $355,000,  SALE WAS IN  PENDING STATUS ON 09/08/2009

SUBJECT DESCRIPTION:

- THE SUBJECT HAS NOT SOLD NOR BEEN LISTED FOR SALE WITHIN THE 12 MONTHS PRIOR TO THE EFFECTIVE DATE OF THIS APPRAISAL. ACCORDING TO PUBLIC RECORDS, THE SUBJECT  DOES NOT CONTAIN  A VIEW  OR NEGATIVE TRAFFIC INFLUENCES. THE SUBJECTS COMMUNITY CONTAINS A COMMUNITY POOL AND TENNIS COURT. HOA FEES ARE CONSIDERED AVERAGE FOR THE AREA AT AROUND $133.00 A MONTH.

CAPITAL APPRAISAL
**PLAT MAP**

File No.  01771R173
CASE NO.

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1153 SOUTH POSITANO AVENUE | | | | | | |
| City ANAHEIM | | County | ORANGE | State | CA | Zip Code | 92808 |
| Lender/Client | THE LAW OFFICE OF GERALD WOLFE | | Address 6B LIBERTY, STE# 210, ALISO VIEJO, CA 92656 | | | | |



DIGITAL APPRAISAL
LOCATION MAP ADDENDUM

File No.   01771R173
CASE NO.

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1153 SOUTH POSITANO AVENUE | | | | | | |
| City  ANAHEIM | | County | ORANGE | State | CA | Zip Code | 92808 |
| Lender/Client | THE LAW OFFICE OF GERALD WOLFE | | Address | 6B LIBERTY, STE# 210, ALISO VIEJO, CA 92656 | | | |



APITAL ... ... ..

**SUBJECT PHOTO ADDENDUM**

File No.    01771R173
CASE NO.

| Borrower | N/A | | | | | | |
|----------|-----|--|--|--|--|--|--|
| Property Address | 1153 SOUTH POSITANO AVENUE | | | | | | |
| City ANAHEIM | County | | ORANGE | State | CA | Zip Code | 92808 |
| Lender/Client | THE LAW OFFICE OF GERALD WOLFE | | Address | 6B LIBERTY, STE# 210, ALISO VIEJO, CA 92656 | | | |



SUBJECT AERIAL PHOTO



SUBJECT FRONT PHOTO

CAPITAL APPRAISAL
COMPARABLES 1-2-3

File No. 01771R173
CASE NO.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | |
| Property Address | 1153 SOUTH POSITANO AVENUE | | | | | |
| City ANAHEIM | County | ORANGE | State | CA | Zip Code | 92808 |
| Lender/Client | THE LAW OFFICE OF GERALD WOLFE | Address | 6B LIBERTY, STE# 210, ALISO VIEJO, CA 92656 | | | |



**COMPARABLE SALE #**   1
7981 EAST FAR CANYON WAY
ANAHEIM, CA 92808



**COMPARABLE SALE #**   2
1082 S. SAINT TROPEZ AVE
ANAHEIM, CA 92808



**COMPARABLE SALE #**   3
7912 EAST MENTON AVE
ANAHEIM, CA 92808

09/23/2008  17:58    9516009678                CAPITAL                    PAGE  01/01

Business, Transportation & Housing Agency

**OFFICE OF REAL ESTATE APPRAISERS**

**REAL ESTATE APPRAISER LICENSE**

OREA APPRAISER IDENTIFICATION NUMBER    AG002466

**DAVID M. DUDEK**

has successfully met the requirements for a license as a general real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified General Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

_Bob Clark_

Date Issued: December 20, 2008
Date Expires: December 19, 2010

Audit No.



# Exhibit "C"

B6D (Official Form 6D) (12/07)

In re    **Angela Renee Wilson**
_____ ,    Case No.    **8:09-bk-23926**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxx-xx-xxx013-4**<br><br>**Beneficial Finance**<br>P.O. Box 60101<br>City Of Industry, CA 91716 | | | | - | 10/2006<br>**Deed of Trust - 3rd**<br>**Residence: 2 bed, 2.5 bath, 2 story condo**<br>Location: 1153 S. Positano Ave, Anaheim, CA 92808 | | | | | |
| | | | | | Value $                      299,000.00 | | | | 24,282.87 | 24,282.87 |
| Account No. **xxxxxx6010**<br><br>**First Franklin Loan Services**<br>P.O. Box 1838<br>Pittsburgh, PA 15230 | | | | - | 08/2005<br>**Deed of Trust - 2nd**<br>**Residence: 2 bed, 2.5 bath, 2 story condo**<br>Location: 1153 S. Positano Ave, Anaheim, CA 92808 | | | | | |
| | | | | | Value $                      299,000.00 | | | | 91,700.70 | 91,700.70 |
| Account No. **xxxxxx6790**<br><br>**Lexus Financial**<br>P.O. Box 60114<br>City Of Industry, CA 91716 | | | | - | Auto Loan<br>**Auto: 2004 Lexus RX 330, good condition, 103,000 miles**<br>Location: debtors home | | | | | |
| | | | | | Value $                       16,860.00 | | | | 23,850.54 | 6,990.54 |
| Account No. **xxx-xxxxxxx1531**<br><br>**Monaco Maintenance Corporation**<br>29B Technology Drive, Suite 100<br>Irvine, CA 92618 | | | | - | Feb 2009 to current<br>**Judgment lien (HOA)**<br>**Residence: 2 bed, 2.5 bath, 2 story condo**<br>Location: 1153 S. Positano Ave, Anaheim, CA 92808 | | | | | |
| | | | | | Value $                      299,000.00 | | | | 2,273.81 | 2,273.81 |

_**1**_   continuation sheets attached

|  | Subtotal<br>(Total of this page) | 142,107.92 | 125,247.92 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Angela Renee Wilson**                                    Case No.  **8:09-bk-23926**
_____
                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1602**<br><br>**Select Portfolio Servicing**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | | - | **08/20/05**<br><br>**Deed of Trust 1st**<br><br>**Residence: 2 bed, 2.5 bath, 2 story condo**<br>**Location: 1153 S. Positano Ave, Anaheim, CA 92808** | | | X | | |
| | | | Value $                 **299,000.00** | | | | **386,085.00** | **87,085.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | **386,085.00** | **87,085.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **528,192.92** | **212,332.92** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy



**Eagle Report**
**Prepared By:**

CBA Information Solutions
825 East Gate Blvd, Suite 310
Garden City, NY 11530

(877)213-6520 (p)
(877)-213-6519 (f)

## General Information

| | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | ANGELA WILSON | **Report Number:** | |
| **Co Applicant Name & SSN:** | | **Client Code:** | |
| **Primary Address:** | 1153 S POSITANO AVENUE , ANAHEIM, CA 92808 | **Completed On:** | 12/21/09 |

## CREDIT SCORES

| | ANGELA WILSON | | Experian |
|---|---|---|---|
| | | | |
| | ANGELA WILSON | | TransUnion |
| | | | |

## FRAUD ALERTS

| Owner | Alert Type | Fraud Message | Source |
|---|---|---|---|
| Applicant | Risk Score Value | Derogatory info is on the file, and inquiries did impact the credit score. | TransUnion |
| Applicant | Address Discrepancy | Former address: Reported via A/R tape, but different from inquiry. | Experian |
| Applicant | Address Discrepancy | Previous former address: Reported via A/R tape, but different from inquiry. | Experian |

## Liabilities with Balances — 12 Account(s) with balances

| CREDITOR SELECT PORTFOLIO SVCIN | OPENED 2005-08 | REPORTED 2009-12 | HIGH BALANCE | REVIEWED 53 | ECOA Individual | PAYMENT 360X2858 | BALANCE 384004 |
|---|---|---|---|---|---|---|---|
| | LAST ACTIVE 2009-12 | SOURCE XPN/TUC/EFX | HIGH CREDIT 365200 | LOAN TYPE Mortgage | TERMS MONTHLY | | PAST DUE AMT 0 |

**ACCOUNT OWNER: Applicant   COMMENTS:**
History: 03/2009 CCCCCCCCX4444
(120-03/09) (120-02/09) (120-01/09) (120-12/08)
**ACCOUNT WAS DELINQUENT**
**CURRENT**
Conventional Real Estate Mortgage, Including purchase money first
Subscriber Info: Address: PO BOX 65250 SALT LAKE CITY UT 84165
Phone: BYMAILONLY

Copyright 2009 CBA. A First American Company



**Eagle Report**
**Prepared By:**

CBA Information Solutions
825 East Gate Blvd, Suite 310
Garden City, NY 11530

(877)213-6520 (p)
(877)-213-6519 (f)

## General Information

| | | | |
|---|---|---|---|
| **Applicant Name & SSN:** | ANGELA WILSON | **Report Number:** | |
| **Co Applicant Name & SSN:** | | **Client Code:** | |
| **Primary Address:** | 1153 S POSITANO AVENUE , ANAHEIM, CA 92808 | **Completed On:** | 12/21/09 |

| CREDITOR | OPENED | REPORTED | HIGH BALANCE | REVIEWED | ECOA | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| HOME LOAN SERVICES INC | 2005-08 | 2009-12 | 91300 | 53 | Individual | 240X818 | 89275 |
| | **LAST ACTIVE** | **SOURCE** | **HIGH CREDIT** | **LOAN TYPE** | **TERMS** | | |
| ;          10 | 2009-05 | XPN/TUC/EFX | 91300 | Mortgage | MONTHLY | | **PAST DUE AMT** |
| **ACCOUNT OWNER: Applicant  COMMENTS:** | | | | | | | 7363 |
| History: 12/2009 9654322222112222211CCCCCC | | | | | | | |
| (180-10/09) (150-09/09) (120-08/09) (90-07/09) (60-06/09) (60-05/09) (60-04/09) (60-03/09) (60-02/09) (60-01/09) | | | | | | | |
| (30-12/08) (60-1 | | | | | | | |
| 1/08) (60-10/08) (60-09/08) (60-08/08) (30-07/08) (30-06/08) | | | | | | | |
| Closed by Grantor | | | | | | | |
| **CHARGE OFF** | | | | | | | |
| ChargeOff Amount: 89275 ChargeOff Date: 2009-11 | | | | | | | |
| Second Mortgage | | | | | | | |
| Subscriber Info: Address: 150 ALLEGHENY CENTER MAL PITTSBURGH PA 15212 | | | | | | | |
| Phone: (412) 442-1340 | | | | | | | |
| BENEFICIAL/HFC | 2007-05 | 2009-11 | 25580 | 32 | Individual | 353 | 25580 |
| | **LAST ACTIVE** | **SOURCE** | **HIGH CREDIT** | **LOAN TYPE** | **TERMS** | | |
| ;          13 | 2009-02 | XPN/TUC/EFX | 25580 | Revolving | REV | | **PAST DUE AMT** |
| **ACCOUNT OWNER: Applicant  COMMENTS:** | | | | | | | 2448 |
| History: 12/2009 654321CCC1CCCCC1CCCCCCCCCCCCCCCC | | | | | | | |
| (180-12/09) (150-11/09) (120-10/09) (90-09/09) (60-08/09) (30-07/09) (30-03/09) (30-09/08) | | | | | | | |
| Closed by Grantor | | | | | | | |
| **DELINQUENT** | | | | | | | |
| Home Equity Loan | | | | | | | |
| Subscriber Info: Address: PO BOX 3425 BUFFALO NY 14240 | | | | | | | |
| Phone: (800) 365-0175 | | | | | | | |
| TOYOTA MOTOR CREDIT CO | 2007-03 | 2009-11 | 35388 | 33 | Individual | 72X627 | 21922 |
| | **LAST ACTIVE** | **SOURCE** | **HIGH CREDIT** | **LOAN TYPE** | **TERMS** | | |
| 70400165067900001 | 2009-11 | XPN/TUC/EFX | 35388 | Installment | MONTHLY | | **PAST DUE AMT** |
| **ACCOUNT OWNER: Applicant  COMMENTS:** | | | | | | | 0 |
| History: 01/2009 CCCCCCCCCC1C1CCCCCCCCCCCCCCCCCCCC | | | | | | | |
| (30-01/09) (30-11/08) | | | | | | | |
| **ACCOUNT WAS DELINQUENT** | | | | | | | |
| CURRENT | | | | | | | |
| Auto | | | | | | | |
| Subscriber Info: Address: 2600 MICHELSON DR STE 50 IRVINE CA 92612 | | | | | | | |
| Phone: (949) 261-7744 | | | | | | | |
| SALLIE MAE | 2003-03 | 2009-11 | 13962 | 81 | Individual | 163X200 | 15213 |
| | **LAST ACTIVE** | **SOURCE** | **HIGH CREDIT** | **LOAN TYPE** | **TERMS** | | |
| 9646924170100032020030307 | 2009-11 | XPN/TUC/EFX | 13962 | Installment | MONTHLY | | **PAST DUE AMT** |
| **ACCOUNT OWNER: Applicant  COMMENTS:** | | | | | | | 0 |
| History: 05/2009 CCCCCC66543CCCCC3CCCCC3CCCCCCCCCCCCCCCCCCCCCCCCCCCCCXC | | | | | | | |
| (180-05/09) (180-04/09) (150-03/09) (120-02/09) (90-01/09) (90-07/08) (90-01/08) | | | | | | | |
| **ACCOUNT WAS DELINQUENT** | | | | | | | |
| CURRENT | | | | | | | |
| Education Loan | | | | | | | |
| Subscriber Info: Address: 11100 USA PARKWAY FISHERS IN 46037 | | | | | | | |
| Phone: (888) 272-5543 | | | | | | | |

Copyright 2009 CBA, A First American Company